FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:25-CV-3029-TOR<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Commissioner will:

- Take any action necessary to complete the administrative record;

- Offer the claimant an opportunity for a hearing;

- Further evaluate the medical opinions of record in accordance with 20 C.F.R. § 416.920c;

ORDER OF REMAND ~ 1

- Reevaluate the claimant's residual functional capacity, taking into account all of the opinion evidence and other evidence of record; and
- Issue a new decision.
- The parties agree that Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper presentation to this Court.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED July 8, 2025.



_____
THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND ~ 2