AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2025

SEAN F. McAVOY, CLERK

CHARLES L. W.,

*Plaintiff*

v.

FRANK BISIGNANO,
Acting Commissioner of Social Security,

*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03029-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 17) is GRANTED.
The Commissioner is directed to pay EAJA fees in the amount of $4,860.51 for attorney's fees and costs.
The EAJA award shall be made payable directly to Plaintiff (using his full name), and mailed to D. James Tree, 3711 Englewood Avenue, Yakima, WA, 98902.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE

Date:  10/21/2025

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*